## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael Murchie, | ) |
|         Plaintiff, | ) |
| v. | ) No. 14 C 472 |
| Zimmer, Inc., et al, | ) Judge Rebecca R. Pallmeyer |
|         Defendants. | ) |

### ORDER

Pursuant to Rule 41(a)(1)(A)(ii), the above is dismissed with prejudice. Each party shall bear its own costs and attorney fees.

ENTER:

Dated: November 5, 2014

_____
REBECCA R. PALLMEYER
United States District Judge